USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Case No.: 1:23-cv-9192
CARMEN CHAI,

                Plaintiff,

         -against-
                                  **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

NEW YORK UNIVERSITY, NYU COLLEGE OF
DENTISTRY, STEVEN RESNICK, DDS, COLLEEN A.
WATSON, DDS, NINETTE LYUBARSKY, DDS, MAYA
ARDON, LESLIE SMITHEY, DDS, and DOES 1-10,

                Defendants.
------------------------------------------------------------------X

    The undersigned hereto agree and stipulate as follows:

    WHEREAS the current action was commenced by Plaintiff Carmen Chai ("Plaintiff") on October 19, 2023;

    WHEREAS Plaintiff herein has served Ninette Lyubarsky, DDS ("Defendant"), on November 2, 2023; and,

    WHEREAS Defendant seeks additional time to respond to Plaintiff's Complaint;

    IT IS HEREBY STIPULATED AND AGREED that Defendant shall file her Answer to Plaintiff's Complaint on or before Friday, January 5, 2024.

Dated: New York, New York
       November 20, 2023

_____
Todd J. Krouner, Esq.
Law Office of Todd J. Krouner, P.C.
Attorneys for the Plaintiff
93 North Greeley Avenue, Chappaqua
Chappaqua, New York 10514
(914) 238-5800
TKrouner@krounerlaw.com

_____
Ninette Lyubarsky, DDS
Defendant, Pro Se
2180 Macarthur Road
Whitehall, Pennsylvania 18052
nlyubarsky408@gmail.com

**Granted. SO ORDERED.**

Date: 11/22/2023
New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge