**LAW OFFICE OF TODD J. KROUNER, P.C.**
93 NORTH GREELEY AVENUE
CHAPPAQUA, NEW YORK 10514
(914) 238-5800

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2024
```

January 4, 2024

**VIA ECF**

Honorable May Kay Vyskocil
United States District Judge
Southern District of New York
500 Peral Street, Room 2230
New York, New York 10007

    Re:    <u>Chai v. New York University, et.al</u>
             1:23-cv-9192 (MKV)

Dear Judge Vyskocil:

    I represent the plaintiff, Carmen Chai ("Plaintiff" or "Ms. Chai"), in the above-referenced action.

    I am writing concerning the letter motion that counsel for defendant New York University ("NYU") electronically filed with the Court today. Pursuant to your Honor's Individual Rules of Practice, Ms. Chai is supposed to file her opposition letter within three business days, or by Tuesday, January 9, 2024.

    I am writing because I have a pre-existing oral argument in the Appellate Division First Department in another case set for that date, and am currently preparing for it.  Accordingly, with the consent of NYU counsel, I respectfully request that Your Honor extend the deadline to respond until Tuesday, January 16, 2024.  This is Plaintiffs' first request for extension.

Respectfully submitted,

/s/ Todd J. Krouner

Todd J. Krouner

**Granted. SO ORDERED.**

Date: 1/4/2024
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge