USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/5/2024

LAW OFFICE OF TODD J. KROUNER, P.C.
93 NORTH GREELEY AVENUE
CHAPPAQUA, NEW YORK 10514
(914) 238-5800

TODD J. KROUNER*                                    CHRISTOPHER W. DENNIS*

*ADMITTED IN NY AND NJ                              *ADMITTED IN NY AND AZ

January 5, 2024

**VIA ECF**

Honorable May Kay Vyskocil
United States District Judge
Southern District of New York
500 Peral Street, Room 2230
New York, New York 10007

  Re: <u>Chai v. New York University, et.al</u>
    1:23-cv-9192 (MKV)

Dear Judge Vyskocil:

  I represent the plaintiff, Carmen Chai ("Plaintiff" or "Ms. Chai"), in the above-referenced action.

  I am writing concerning the letter motion that counsel for defendant Ninette Lyubarsky ("Ms. Lyubarsky") electronically filed with the Court yesterday. Pursuant to your Honor's Individual Rules of Practice, Ms. Chai is supposed to file her opposition letter within three business days, or by Wednesday, January 10, 2024.

  I am writing to make the same request for extension that I made, and you granted, yesterday with respect to the letter motion from the New York University defendant. With the consent of Ms. Lyubarsky's counsel, I respectfully request that Your Honor extend the deadline to respond until Tuesday, January 16, 2024.  This is Plaintiffs' first request for extension in connection with Ms. Lyubarsky's application.

          Respectfully submitted,

          /s/ Todd J. Krouner

          Todd J. Krouner

**Granted. SO ORDERED.**

Date:  1/5/2024
New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge