## LAW OFFICE OF TODD J. KROUNER, P.C.

93 NORTH GREELEY AVENUE
CHAPPAQUA, NEW YORK 10514
(914) 238-5800

TODD J. KROUNER*

*ADMITTED IN NY AND NJ

CHRISTOPHER W. DENNIS*

*ADMITTED IN NY AND AZ

January 17, 2024

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

      Re:    Chai v. New York University, et.al
               1:23-cv-9192 (MKV)

Dear Judge Vyskocil:

I am the attorney for the plaintiff, Carmen Chai ("Plaintiff"), in the above-referenced action. I am writing in response to Your Honor's January 16, 2024 Scheduling Order, to inform the Court that Plaintiff intends to file and serve her amended complaint on or before January 30, 2024.

Respectfully submitted,

Todd J. Krouner