**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARMEN CHAI,

                Plaintiff,

    -against-                                              23 **CIVIL** 9192 (MKV)

                                                              **<u>JUDGMENT</u>**

NEW YORK UNIVERSITY, NYU COLLEGE
OF DENTISTRY, STEVEN RESNICK, DDS,
COLLEEN WATSON, DDS, NINETTE
LYUBARSKY, DDS, MAYA ARDON,
LESLIE SMITHEY, DDS, and DOES 1-10,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 4, 2024, the NYU Defendants' motion to dismiss is GRANTED, and Defendant Lyubarsky's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       September 4, 2024

                                                           **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**

                        **BY:**                *K. Mango*

                                                           **Deputy Clerk**